# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| DARRIUS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2019 C 0511 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, and CHICAGO POLICE | ) | Judge Rebecca R. Pallmeyer |
| OFFICERS CUNNINHAM, Star #9871, | ) | |
| KLAUS, Star#15865, LOPEZ, Star#7613, | ) | |
| And PATURNO, Star#18814, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITY'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago, by and through its attorney, Edward N. Siskel, Corporation Counsel for the City of Chicago, respectfully requests that this Court extend the time for all defendants to answer or otherwise plead in response to Plaintiff's Complaint through and including March 8, 2019. In support of its motion, Defendant City states as follows:

1. On December 24, 2018, Plaintiff filed his complaint in the Circuit Court of Cook County, Illinois. (ECF #1). A summons for Defendant City was filed on January 7, 2019 and served on Defendant City on January 11, 2019. (ECF #1).

2. On January 25, 2019, Defendant City of Chicago filed a Notice of Removal from the Circuit Court of Cook County, Illinois and this matter was assigned to the Honorable Rebecca R. Pallmeyer. (ECF #1).

3. On January 29, 2019, the undersigned entered his appearance for Defendant City of Chicago (ECF #7).

4.     The individual defendants have not yet had a chance to meet with their attorneys to discuss representation and to formulate a response to Plaintiff's Complaint. While defendants have begun the process of obtaining relevant documentation regarding this Complaint, additional time is necessary to fully gather and review these documents.

5.     Additionally, several of the attorneys assigned to this matter will be on trial in the month of February, but all trials should be complete by the first week of March.

6.     In order to investigate the content of Plaintiff's factual allegations and to form the most appropriate and complete answer or other responsive pleading, Defendant City requests additional time on behalf of all Defendants through and including March 8, 2019 to file their answer or otherwise responsive pleading to this lawsuit.

7.     This is Defendants' first request for an extension of time. This request is not made for dilatory purposes, and Plaintiff will not suffer any prejudice by the granting of such an extension. To the contrary, it is hoped that the requested extension will help to facilitate this litigation.

8.     The undersigned has contacted counsel for the Plaintiff regarding this motion, and Plaintiff has no objection to the extension sought by Defendants.

**WHEREFORE**, Defendant City respectfully requests that this Court extend the time for all defendants to answer or otherwise plead to Plaintiff's Complaint through and including March 8, 2019, and grant such further relief the Court finds reasonable and just.

DATED: February 5, 2019                                         Respectfully submitted,

                                                                                    EDWARD N. SISKEL
                                                                                    Corporation Counsel for the City of Chicago

             BY: */s/ David T. Hartmann*
                 Assistant Corporation Counsel

Caroline Fronczak, Chief Assistant Corporation Counsel
Julie Murphy, Assistant Corporation Counsel Supervisor
David T. Hartmann, Assistant Corporation Counsel
Maria Magginas, Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-0747
Attorney No. 6309201

## **CERTIFICATE OF SERVICE**

    I, David T. Hartmann, an attorney, hereby certify that on February 5, 2019, I provided service to all attorneys of record via the Court's electronic filing system.

                                        */s/ David T. Hartmann*
                                        Assistant Corporation Counsel